IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CHRISTOPHER WATSON,** individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br>v.<br><br>**THE J. DIAMOND GROUP, INC., SECTEK, INC.,** and **WILFRED D BLOOD,** individually<br><br>**Defendants.** | Civil Action No.<br>4:19-cv-646<br><br><br>**Jury Demanded** |

## JOINT STATUS REPORT

The Parties respectfully submit this Joint Status Report pursuant concerning the status of the Parties' settlement discussions.  In support thereof, the Parties state as follows:

1. In his Complaint, Plaintiff alleged a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA").

2. The Parties have been engaged in discussions to reach a resolution of this matter.  The Parties have reached an agreement that resolves all of the claims in this lawsuit.

3. The Parties respectfully request 30 days to prepare and finalize settlement documents in this matter.

4. All Parties agree to the content of this Joint Status Report.

*Signature page to follow*

Dated this 26th day of January, 2021.	Respectfully submitted,

  /s/ *Meredith Mathews*_____
**MEREDITH MATHEWS**
Texas Bar No. 24055180
**J. FORESTER**
Texas Bar No. 24087532
**FORESTER HAYNIE PLLC**
400 N St Paul St, Ste 700
Dallas, TX 75201
(214) 210-2100 phone
(214) 346-5909 fax
mmathews@foresterhaynie.com
jay@foresterhaynie.com

**ATTORNEYS FOR PLAINTIFFS**

**-and-**

  /s/ *Ruth Ann Daniels*_____
**RUTH ANN DANIELS**
Texas Bar No. 15109200
rdaniels@grayreed.com
**GRAY REED & MCGRAW LLP**

4600 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
rdaniels@grayreed.com
Phone: (469) 320-6037
Fax: (469) 320-6839

Of Counsel:
Daniel B. Abrahams
Howard A. Wolf-Rodda
10000 Falls Road, Suite 201
Potomac, MD 20854
hwolfrodda@awrcounsel.com
dabrahams@awrcounsel.com
Phone: (301) 637-2495 (D. Abrahams)
Phone: (301) 637-2454 (H. Wolf-Rodda)
Fax: (301) 686-7470

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel and parties of record by electronic service in accordance with the local rules of United States District Court for the Northern District of Texas, Dallas Division this 26th day of January, 2021.

  /s/ *Meredith Mathews*
 Meredith Mathews

3